IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Battles, Youvette M

Printed: 12/10/08

Case Number: 07 B 21881
Judge: Hollis, Pamela S
Filed: 11/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 27, 2008
Confirmed: February 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 758.70 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 715.74 |
| Trustee Fee: |  | 42.96 |
| Other Funds: |  | 0.00 |
| Totals: | 758.70 | 758.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,511.00 | 715.74 |
| 2. | T Mobile USA | Unsecured | 32.06 | 0.00 |
| 3. | Midland Credit Management | Unsecured | 13.82 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 645.51 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 451.64 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 12.29 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 126.80 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 107.94 | 0.00 |
| 9. | AT&T | Unsecured |  | No Claim Filed |
| 10. | Illinois Bone & Joint Institute | Unsecured |  | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 12. | City Of Oak Park | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | MCI Telecommunications | Unsecured |  | No Claim Filed |
| | | | $ 4,901.06 | $ 715.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 31.26 |
| 6.5% | 11.70 |
|  | $ 42.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Battles, Youvette M | Case Number:  07 B 21881 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/10/08 | Filed:  11/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

